UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL LOPEZ,<br><br>                Plaintiff,<br><br>     vs.<br><br>THE STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,<br><br>                Defendants. | CASE NO. SA CV 13-00238 JGB (RZ)<br><br>ORDER –<br>1.   ACCEPTING REPORT AND RECOMMENDATION; and<br>2.   DENYING PETITIONER'S REQUEST FOR CONTINUANCE |

        The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has reviewed *de novo* those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the Report.

        Within Petitioner's Objections (at 2-3) is his request for a 90-day "extension," meaning a continuance, to permit him to *begin* long-overdue efforts to serve the several unserved defendants. The Court DENIES that request for lack of good cause.

DATED: October 15, 2013

                                                  JESUS G. BERNAL<br>                                       UNITED STATES DISTRICT JUDGE