**O**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE MANUEL LOPEZ,                          )          CASE NO. SA CV 13-00238 JGB (RZ)
                                            )
                    Plaintiff,              )
                                            )          JUDGMENT
            vs.                             )
                                            )
THE STATE OF CALIFORNIA                     )
DEPARTMENT OF CORRECTIONS                   )
AND REHABILITATION, ET AL.,                 )
                                            )
                    Defendants.             )
_____     )

        Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

        IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

        DATED: October 15, 2013

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE